UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-82061-CIV-RS

RUI ZHANG derivatively on behalf of
THE GEO GROUP, INC.,

        Plaintiff,

v.

GEORGE C. ZOLEY, *et al.*,

        Defendants.

_____/

**ORDER GRANTING JOINT MOTION TO STAY
AND ADMINISTRATIVELY CLOSING CASE**

This matter is before the Court upon the parties' Joint Motion to Stay Action [DE 27], in which the parties seek to stay this action pending the resolution of a related case before this Court, *Hartel v. The GEO Group, Inc.*, Case No. 20-81063-CIV- Smith. Upon consideration, it is

**ORDERED** that the parties' Joint Motion to Stay Action [DE 27] is **GRANTED:**

    a)    This case is **STAYED**.

    b)    The parties shall file Joint Status Reports every 120 days advising the Court of the status of the related action. The first Joint Status Report shall be filed by **May 18, 2022.**

    c)    Any party may move to lift the stay at any time.

    d)    The Clerk is directed to **administratively CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 18th day of January, 2022.

*/s/ Rodney Smith*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to all counsel of record