UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-82061-CIV-RS

RUI ZHANG derivatively on behalf of
THE GEO GROUP, INC.,

    Plaintiff,

v.

GEORGE, C. ZOLEY, BRIAN R. EVANS, ANNE N. FOREMAN, DUANE HELKOWSKI, RICHARD H. GLANTON, JOSE GORDO, SCOTT M. KERNAN, GUIDO VAN HAUWERMEIREN, CHRISTOPHER C. WHEELER, JULIE MYERS WOOD, J. DAVID DONAHUE, ANN M. SCHLARB, and DAVID VENTURELLA,

    Defendants,

THE GEO GROUP, INC.,

    Nominal Defendant.

## ORDER AWARDING ATTORNEYS' FEES AND EXPENSES AND A SERVICE AWARD

This matter is before the Court on Plaintiff's Motion for Approval of Fees and Expenses, and Service Award [DE 48]. The Court held a hearing on the Motion on August 28, 2024, pursuant to the Court's order docketed April 16, 2024 (the "Preliminary Approval Order"). On March 7, 2024, the Settling Parties entered into the Stipulation of Settlement dated March 7, 2024 ("Stipulation"), which is incorporated by reference.[1] The Court has approved the Settlement as fair, reasonable, adequate, and in the best interests of GEO and all GEO shareholders. After

---

[1] All capitalized terms contained herein not otherwise defined shall have the meanings as set forth in the Stipulation.

1

hearing and considering evidence concerning Plaintiff's Motion and Memorandum of Law for Approval of Fees and Expenses, and Service Award and Defendants' opposition to the amount of fees sought by Plaintiff, it is

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Approval of Fees and Expenses, and Service Award [DE 48] is **GRANTED in part and DENIED in part:**

1. The Court has jurisdiction over the subject matter of the Action, and all matters relating to the Settlement of the Action, as well as personal jurisdiction over the Settling Parties and all GEO shareholders, and it is further determined that Plaintiff, the Settling Defendants, the Company, and all GEO shareholders, as well as their respective heirs, executors, successors, and assigns, are bound by this Order.

2. Within fifteen (15) business days of the later of (i) this Order being Final and (ii) receipt of a completed W-9 and payment instructions (for non-wire transfers), GEO shall cause to be paid to Plaintiff's Counsel an amount of $517,049.06, which is comprised of $500,000 in attorneys' fees, $14,549.06 in expenses, and a $2,500 Service Award to Plaintiff.

3. The Settling Parties shall bear their own fees, costs, and expenses, except as provided in this Order or as otherwise provided in the Stipulation or by other Order of this Court.

DONE AND ORDERED in Fort Lauderdale, Florida this 5th day of September, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE